1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  ANDREW LIAO (CABN 271219)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5063
7  FAX: (408) 535-5066
   andrew.liao@usdoj.gov
8
   Attorneys for the United States of America

**FILED**

Nov 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-71564-MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| KAYLIN ALLYSSA COHOE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint and arrest warrant against Kaylin Allyssa Cohoe without prejudice.

DATED: November 5, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
NO. CR 20-71564-MAG_____                                          v. 7/10/2018

1 | Leave is granted to the government to dismiss the criminal complaint and arrest warrant against
2 | Kaylin Allyssa Cohoe.
3
4 | Date: November 5, 2020

*[signature: Virginia K. DeMarchi]*
Hon. Virginia K. DeMarchi
United States Magistrate Judge

NOTICE OF DISMISSAL
NO. CR 20-71564-MAG_____                                                 v. 7/10/2018